IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL C. MILLER | : | CIVIL ACTION |
| v. | : | |
| BGHA, INC., et al. | : | NO. 19-1293 |

ORDER

AND NOW, this 30th day of June, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendants BGHA Inc. and Dunham's Athleisure Corp. to exclude or limit the testimony of plaintiff's expert Brian Beatty (Doc. #41) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.